# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.M., as father and natural guardian of A.M., a minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TAMAQUA AREA SCHOOL DISTRICT, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:22-cv-00525 <br><br> (SAPORITO, M.J.) |

## ORDER

**AND NOW**, this 2nd day of March, 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion to dismiss (Doc. 23), filed by the defendants is **DENIED**.

2. The defendants shall file their answer to the complaint within twenty-one (21) days after entry of this order.

3. The parties shall continue with discovery.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge