IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.M., as father and natural guardian of A.M., a minor, et al., | : CIVIL NO. 3:22-CV-0525 : : : Magistrate Judge Saporito |
| Plaintiffs | : : |
| v. | : : |
| TAMAQUA AREA SCHOOL DISTRICT, et al., | : : : |
| Defendants | : |

### ORDER

**AND NOW,** this **3rd** day of **March, 2023,** upon consideration of the joint request of counsel for the parties (Doc. 49), **IT IS HEREBY ORDERED THAT:**

1. The Court hereby appoints **JOSEPH J. JOYCE, ESQUIRE,** as mediator in the above matter.

2. The date and time of the mediation is to be agreed upon between the parties and the appointed mediator and shall take place as soon as possible.

3. All parties with settlement authority are required to be present at the mediation.

4. The mediator shall be required to report the results of the mediation to the Court on or by **May 3, 2023.**

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge